■ In the Matter of VICTOR SOWELL, Petitioner, v T. FLINT, as Lieutenant Hearing Officer at Bare Hill Correctional Facility, Respondent. [997 NYS2d 96]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Franklin County) to review a determination of the Superintendent of Bare Hill Correctional Facility which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Garry, J.P., Rose, Egan Jr., Devine and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.